■ In the Matter of PATRICK D. and Others, Infants. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Respondent; MARY D., Appellant. [833 NYS2d 421]—Appeal from an order of the Family Court, Monroe County (Marilyn L. O'Connor, J.), entered June 20, 2005 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that the children are neglected children and placed respondent under the supervision of petitioner for a period of 12 months.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.

---

■ JAMES V. AQUAVELLA, M.D., P.C., et al., Appellants, v RALPH S. VIOLA, M.D., Respondent. (Appeal No. 1.) [832 NYS2d 852]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered June 7, 2006. The order denied plaintiffs' motion for partial summary judgment and granted defendant's motion for summary judgment.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Scudder, P.J., Smith, Fahey, Peradotto and Pine, JJ.